UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
HAIN CAPITAL INVESTORS MASTER FUND LTD., :
:
Plaintiff, : 20 Civ. 2090 (LGS)
:
-against- : ORDER
:
:
RIO SUL S.A. DE C.V., :
Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 30, 2020, the Court issued a scheduling order, setting the initial conference for May 14, 2020, at 11:00 a.m., and requiring the parties to file, at least seven calendar days prior to the initial conference, a joint proposed civil case management plan and joint letter, in accordance with the Court's Individual Rules (Dkt. No. 5).

WHEREAS on May 7, 2020, no such materials were filed.  It is hereby

**ORDERED** that the parties shall file a joint proposed civil case management plan and joint letter by **May 12, 2020**, or a letter explaining their delay and/or requesting an adjournment of the conference.

Dated: May 11, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE