# BALLON STOLL BADER & NADLER P.C.

COUNSELLORS AT LAW    FOUNDED 1931    729 SEVENTH AVENUE
17TH FLOOR
NEW YORK, NY 10019
Ph: 212-575-7900

www.ballonstoll.com

BY ECF

May 11, 2020

Honorable Lorna G. Schofield
United States District Judge
United States District Court, SDNY
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application GRANTED in part. The initial conference currently scheduled for May 14, 2020, is hereby adjourned to June 25, 2020, at 10:40 a.m. The parties are reminded that all other aspects of the March 30, 2020, Order still apply (Dkt. No. 5).  SO ORDERED.
>
> Dated: May 12, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   Hain Capital Investors Master Fund Ltd. v. Rio Sul S.A. de C.V.
      Civil Action No.  20-2090

Dear Judge Schofield:

This firm represents the Plaintiff, Hain Capital Investors Master Fund, Ltd. I am writing with respect to the Court's scheduling order entered March 30, 2020 [Docket No. 3] (the "Scheduling Order") and subsequent order entered May 11, 2020 [Docket No. 8]. We apologize for not submitting a joint letter in accordance with the Scheduling Order. We were unable to file the letter due to delays attendant to serving Defendant (Rio Sul S.A. de C.V., a company formed under the laws of Mexico) with the complaint, and general disruption caused by my firm's offices being displaced shortly prior to entry of the Scheduling Order.

Plaintiff is currently serving the summons, civil cover sheet and complaint in this case upon the Defendant via the Hague Convention. Towards that end, on May 8, 2020, Plaintiff obtained Court approval for appointment of an international process server [Docket No. 7]. Plaintiff shall file the affidavit of service once the process server effects service.

By this letter, Plaintiff respectfully requests a 2-month adjournment of the initial conference, currently scheduled for May 14, 2020, to on or about **July 14, 2020** subject to the Court's availability. During this time, Plaintiff hopes that Defendant will appear so that the parties can jointly submit a proposed case management plan on or before **July 7, 2020**.

There have been no prior requests for the relief requested herein. Because Defendant has not appeared, Plaintiff has not sought consent for this request.

Respectfully submitted,

/s/ Vincent J. Roldan