# Ballon Stoll Bader & Nadler P.C.

Counsellors at law         Founded 1931         729 Seventh Avenue
17th Floor
New York, NY 10019
Ph: 212-575-7900

www.ballonstoll.com

BY ECF

September 14, 2020

Honorable Lorna G. Schofield
United States District Judge
United States District Court, SDNY
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

       Re:    Hain Capital Investors Master Fund Ltd. v. Rio Sul S.A. de C.V.
                 Civil Action No. 20-2090

Dear Judge Schofield:

       We represent the Plaintiff, Hain Capital Investors Master Fund, Ltd. I am writing with respect to the Court's order dated June 16, 2020 [Docket No. 13].

       As indicated in my June 12, 2020 letter to the Court, Plaintiff's process server effected service on Defendant in accordance with the Hague Convention on Plaintiff via service upon the Central Authority in Mexico. As of today, neither Plaintiff nor Plaintiff's process server has heard from the Central Authority in Mexico as to whether service has been effected. We will continue to provide updates in accordance with the Court's June 16, 2020 order.

                                               Respectfully submitted,

                                               /s/ Vincent J. Roldan