```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HAIN CAPITAL INVESTORS MASTER FUND,                         :
LTD.,                                                       :      20 Civ. 2090 (LGS)
                                Plaintiff,                  :
                                                            :           ORDER
                -against-                                   :
                                                            :
RIO SUL S.A. DE C.V.,                                       :
                                Defendant.                  :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated June 16, 2020, directed Plaintiff to file status letters regarding international service under the Hague Convention every thirty days.

WHEREAS, Plaintiff has not filed the status letter due on November 16, 2020.  It is hereby

**ORDERED** that by November 20, 2020, Plaintiff shall file a status letter per the June 16, 2020, Order.

Dated: November 17, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE