```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
HAIN CAPITAL INVESTORS MASTER FUND,                          :
LTD.,                                                        :    20 Civ. 2090 (LGS)
                                        Plaintiff,           :
                                                             :        ORDER
                -against-                                    :
                                                             :
RIO SUL S.A. DE C.V.,                                        :
                                        Defendant.           :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated June 16, 2020, directed Plaintiff to file status letters regarding international service under the Hague Convention every thirty days.

WHEREAS, Plaintiff has not filed the status letter due on January 13, 2021.  It is hereby

**ORDERED** that by January 18, 2021, Plaintiff shall file a status letter per the June 16, 2020, Order.

Dated: January 14, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**